IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL JAMES LAWRENCE, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-05-273-M |
| MIKE ADDISON, Warden, | ) |
| Respondent. | ) |

## ORDER

On March 15, 2005, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation [docket no. 6] in this federal habeas action brought pursuant to 28 U.S.C. § 2254. Magistrate Judge Purcell recommends that Petitioner's Petition for a Writ of Habeas Corpus be dismissed with prejudice on the ground that it is time-barred under 28 U.S.C. § 2244(d)(1). The parties were advised of their right to object to the Report and Recommendation by April 4, 2005. Petitioner timely filed an objection.

The Court has carefully reviewed this matter de novo. The Court finds the arguments raised in Petitioner's objection are adequately addressed in the Report and Recommendation and do not warrant further discussion. The Court agrees with Magistrate Judge Purcell's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1)  ADOPTS the Report and Recommendation issued by Magistrate Judge Purcell on March 15, 2005, and

(2)  DISMISSES Petitioner's Petition for a Writ of Habeas Corpus [docket no. 1] with prejudice pursuant to 28 U.S.C. § 2244(d)(1) on the ground that it is time-barred.

**IT IS SO ORDERED this 26th day of April, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE